United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00295 |
| | § | |
| MR. SCHNEIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO RETAIN CASE AND DISMISS CERTAIN CLAIMS

On January 16, 2025, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Retain Case and Dismiss Certain Claims" (D.E. 10). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 10), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court:

(1) **RETAINS** Plaintiff's claims against TDCJ McConnell Unit mailroom supervisor [FNU] Schneider concerning Plaintiff's right to receive mail and his right to vote brought under the First Amendment and the Voting Rights Act;

(2) **RETAINS** Plaintiff's claims against TDCJ-CID Director Bobby Lumpkin concerning Plaintiff's right to receive mail and his right to vote;

(3) **RETAINS** Plaintiff's claims against the unnamed members of the TDCJ Director's Review Committee concerning his right to receive mail and his right to vote; and

(4) **DISMISSES** Plaintiff's remaining claims for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1).

**ORDERED** on September 10, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE