United States District Court
Southern District of Texas

**ENTERED**

June 01, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00295 |
| | § | |
| MR. SCHNEIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY PLAINTIFF'S MOTIONS FOR CERTIFICATE OF APPEALABILITY
AND TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

On April 20, 2026, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Deny Plaintiff's Motions for Certificate of Appealability and to Proceed *In Forma Pauperis* on Appeal" (D.E. 64). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); Special Order No. C-2023-1. No objections have been timely filed. While Plaintiff filed a Rule 60 motion to set aside the judgment, it goes to the merits of his action and does not address any issue in the memorandum and recommendation, which is limited to his request for a certificate of appealability and *in forma pauperis* status on appeal. *See* D.E. 70.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and

recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 64), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's Motion for COA (D.E. 59) and Motion for Leave to Appeal IFP (D.E. 60) are **DENIED**.

**ORDERED** on June 1, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE