United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00295 |
| | § | |
| MR. SCHNEIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is Plaintiff James Logan Diez's Rule 60 Motion to Set Aside the Judgment of Dismissal. D.E. 70. Plaintiff ostensibly seeks reconsideration of the Court's Order granting Defendants' motion to dismiss on the basis of fraud, misrepresentation, or misconduct of an adverse party. D.E. 54. On May 22, 2026, Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Deny Plaintiff's Rule 60 Motion to Set Aside Judgment of Dismissal Due to Fraud," finding that Plaintiff had not demonstrated any fraud that prevented him from fairly prosecuting his case. D.E. 71.

Plaintiff filed his objections (D.E. 75) on June 8, 2026. The objections are nothing more than a rebriefing of his substantive complaints. In effect, Plaintiff again suggests that the judgment is the product of fraud because, he believes, Defendants' briefing did not accurately reflect the law. The Court has previously reviewed the briefing and determined the case on the basis of the Court's own assessment of the law.

1 / 2

Plaintiff's objections, like his motion, fail to demonstrate the type of fraud that Rule 60(b)(3) is designed to remedy. Because the objections do not address the specific findings of fact or conclusions of law that pertain to the Magistrate Judge's recommendation, they are not adequate objections. Fed. R. Civ. P. 72(b)(2); *Malacara v. Garber*, 353 F.3d 393, 405 (5th Cir. 2003); *Edmond v. Collins*, 8 F.3d 290, 293 n.7 (5th Cir. 1993) (finding that right to de novo review is not invoked when a petitioner merely reurges arguments contained in the original petition). Plaintiff's objections are **OVERRULED** in their entirety.

Having reviewed the findings and conclusions in the Magistrate Judge's Memorandum and Recommendation, Plaintiff's objections, and the relevant portions of the record, and having conducted a de novo review of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Plaintiff's objections and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's Motion for Relief under Rule 60 (D.E. 70) is **DENIED**.

**ORDERED** on July 22, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

2 / 2