United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LOGAN DIEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00295 |
| | § | |
| MR. SCHNEIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff is appearing *pro se* in this prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Pending is Plaintiff/Appellant's "Rule 21(c), FRAP Petition for Ruling on Unconstitutionality of Application of 28 U.S.C. § 1915(g) to deny Appellant's Appeal of this case." (D.E. 79). This Motion is **DENIED**. (D.E. 79).

On March 30, 2026, Final Judgment was entered dismissing this case. (D.E. 55). Plaintiff filed a Notice of Appeal on April 14, 2026. (D.E. 58). Plaintiff's Motion for Certificate of Appealability and to Proceed *In Forma Pauperis* on appeal and Motion for Court to Set Aside Judgment of Dismissal were both denied on June 1, 2026 and July 22, 2026, respectively, after Plaintiff was given the opportunity to object to two Memorandum and Recommendations. (D.E. 73 and D.E. 77). The Court considered all timely filed objections from Plaintiff. Plaintiff's appeal was dismissed on August 6, 2026, for want of prosecution. (D.E. 78). This case is closed.

ORDERED on August 11, 2026.

Jason B. Libby
United States Magistrate Judge